**Opinion issued September 20, 2012**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-12-00826-CV

———————————

### IN RE JC GLASS INC., Relator

———————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————

**MEMORANDUM OPINION**

Relator, JC Glass Inc., has filed a petition for writ of mandamus, challenging the trial court's order to strike and vacate the designation of Carter & Burgess Consultants, Inc. as responsible third party.[*]

---

[*] The underlying case is *Sardari v. Goodman Huang Hospitality Ltd.*, No. 2010-28382, in the 151st District Court of Harris County, Texas, the Honorable Mike Engelhart presiding.

We **deny** the petition for writ of mandamus. We **dismiss** all pending motions.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.